

Friday, April 22, 2011

No. 11–6005/AR. U.S. v. Ronald D. Washington. CCA 20100961. On consideration of Appellant's petition for grant of review of the decision of the United States Army Court of Criminal Appeals under Article 62, Uniform Code of Military Justice, 10 U.S.C. § 862 (2006), said petition is hereby denied without prejudice to raising the issue presented during the normal course of appellate review should Appellant be convicted.

No. 11–6005/AR. U.S. v. Ronald D. Washington. CCA 20100961. Appellant's motion to stay proceedings denied.

